**FILED**

Sep 09 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | | |
|---|---|---|
| **CASE NAME:** USA v. RECOLOGY SAN FRANCISCO ET AL | **CASE NUMBER:** CR 21-356 WHO | |
| **Is This Case Under Seal?** | Yes   No ✓ | |
| **Total Number of Defendants:** | 1   2-7 ✓   8 or more | |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓   OAK   SJ | |
| **Is this a potential high-cost case?** | Yes   No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ | |
| **Is this a RICO Act gang case?** | Yes   No ✓ | |
| **Assigned AUSA (Lead Attorney):** AUSA Scott Joiner | **Date Submitted:** 9/9/2021 | |

**Comments:**

RESET FORM   SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)